**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT, an individual, and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES:  HELPING YOU
HELP OTHERS, a California public benefit
corporation,

        Plaintiffs,

  v.

PETE'S HENNY PENNY, ESTATE OF
CHRISTOS P. MAGOULAS, d/b/a PETE'S
HENNY PENNY,

        Defendants.

                           /

No. C 04-01607 WHA

**ORDER APPROVING
STIPULATED DISMISSAL**

The stipulated dismissal of this action with prejudice pursuant to FRCP 41(a)(1) is

**APPROVED**.  The Court retains jurisdiction to enforce the settlement agreement for only one

year.  The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated:  July 5, 2005

                     WILLIAM ALSUP
                     UNITED STATES DISTRICT JUDGE